■ KEVIN SLAVIN et al., Petitioners, v ROBERT P. LEVINE et al., Respondents. — Proceeding pursuant to CPLR article 78 to review a determination of the respondent Zoning Board of Appeals of the Village of Ardsley, dated August 8, 1983, which granted a variance for use of the subject premises as a veterinary hospital and boarding kennel for cats and dogs.

Determination confirmed and proceeding dismissed on the merits, with costs.

There was substantial evidence to support the findings and the determination of the Zoning Board of Appeals (*see, Matter of Cowan v Kern,* 41 NY2d 591, 598-599; *Matter of Douglaston Civic Assn. v Klein,* 67 AD2d 54, 61). Mangano, J. P., Gibbons, Bracken and Kunzeman, JJ., concur.